# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHARON NORTON, individually and on behalf of the heirs and estate of JOHN DALE NORTON,<br><br>                Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF VETERAN AFFAIRS; UTAH DEPARTMENT OF VETERAN AFFAIRS; SALT LAKE CITY DEPARTMENT OF VETERAN AFFAIRS; GEORGE E. WAHLEN DEPARTMENT OF VETERAN AFFAIRS MEDICAL CENTER; TIAN YI ZHANG, M.D.; JASON ALLEN, M.D.; CINDI LEECH, M.D.; KENCEE GRAVES, M.D.; JILL M. KOEVEN, RN; and DOE INDIVIDUALS 1 through 10; and ROE ENTITIES 1 through 10, inclusive.<br><br>                Defendants. | ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS UNITED STATES DEPARTMENT OF VETERAN AFFAIRS; UTAH DEPARTMENT OF VETERAN AFFAIRS; SALT LAKE CITY DEPARTMENT OF VETERAN AFFAIRS; GEORGE E. WAHLEN DEPARTMENT OF VETERAN AFFAIRS MEDICAL CENTER; TIAN YI ZHANG, M.D.; JASON ALLEN, M.D.; CINDI LEECH, M.D.; KENCEE GRAVES, M.D.; and JILL M. KOEVEN, RN<br><br>Case No. 2:16-cv-01186-BCW<br><br>Judge Brooke C. Wells |

      Sharon Norton, individually and on behalf of the heirs and estate of John Dale Norton ("**Plaintiff**") by and through her attorney, Norman J. Younker of the law firm Younker Hyde Macfarlane, PLLC, has filed a Motion to Dismiss without Prejudice as to United States

Department of Veteran Affairs; Utah Department of Veteran Affairs; Salt Lake City Department of Veteran Affairs; George E. Wahlen Department of Veteran Affairs Medical Center; Tian Yi Zhang, M.D.; Jason Allen, M.D.; Cindi Leech, M.D.; Kencee Graves, M.D.; and Jill M. Koeven, RN ("**Defendants**").  The United States has responded and does not oppose the motion.

In accordance with 28 U.S.C. §§ 1346(b)(1), 2679(a), (b)(1), Plaintiff's Motion to Dismiss without Prejudice and on account of no opposition being filed and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against United States Department of Veteran Affairs; Utah Department of Veteran Affairs; Salt Lake City Department of Veteran Affairs; George E. Wahlen Department of Veteran Affairs Medical Center; Tian Yi Zhang, M.D.; Jason Allen, M.D.; Cindi Leech, M.D.; Kencee Graves, M.D.; and Jill M. Koeven, RN be dismissed without prejudice.

SO ORDERED this 12th of April, 2017.

**BY THE COURT:**

_____
The Honorable Brooke C. Wells